UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                            CASE NO. 8:08-cr-330-T-30TBM

JOHN ROBERT MILLER

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of United States' Motion for a Forfeiture Money Judgment (Doc. 100) in the amount of $1,528,616.46, which, upon entry, shall be a final order of forfeiture as to defendant John Robert Miller.

The Court, being fully advised in the premises, hereby finds that the government has established that the defendant and his co-conspirator Philip William Coon obtained $1,528,616.46 in proceeds as a result of the conspiracy to commit wire, contrary to the provisions of 18 U.S.C. § 1343, in violation of 18 U.S.C. § 371, to which the defendant pled guilty in Count One of the Information.  Accordingly, it hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 100) is GRANTED.

It is FURTHER ORDERED that the defendant, John Robert Miller, is jointly and severally liable with co-conspirator Philip William Coon, Case No. 8:08-cr-441-T-17MAP, for a forfeiture money judgment in the amount of $1,528,616.46, pursuant

to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2).

The Court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of any substitute assets, pursuant to 21 U.S.C. § 853(p) and Fed. R. Crim. P. Rule 32.2(e), in satisfaction of such money judgment, and to entertain any third party claims that may be asserted in those proceedings.

**DONE** and **ORDERED** in Tampa, Florida on July 8, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cr-330.forfeit 100.wpd